| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Tinder, John D | 2. Court or Organization<br><br>U.S. District Court, SD IN | 3. Date of Report<br><br>05/07/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>01/01/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>46 East Ohio Street, Room 304<br><br>Indianapolis, IN 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 24 10 21 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tinder, John D | 05/07/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank One, NA Accounts | A | Interest | M | T | | | | | |
| 2. National City Bank Account | A | Interest | J | T | | | | | |
| 3. First Indiana Bank - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 4. Barnes & Thornburg Profit Sharing Plan | | None | O | T | | | | | |
| 5. -Vanguard Institutional Index | | | | | Buy-Monthly | | J | | |
| 6. -Harbor Cap Apprec | | | | | Buy-Monthly | | J | | |
| 7. -Baron Growth | | | | | Buy-Monthly | | J | | |
| 8. -Baron Growth | | | | | Sold | 06/30 | L | D | |
| 9. -Fidelity Small Cap Stock | | | | | Buy | 06/30 | L | | |
| 10. -Fidelity Small Cap Stock | | | | | Buy-Monthly | | J | | |
| 11. United Home Life Ins. Co. (Annuity) | A | Interest | J | T | | | | | |
| 12. A.H. Belo Common Stock | A | Dividend | K | T | | | | | |
| 13. Colgate Palmolive Common Stock | A | Dividend | K | T | | | | | |
| 14. Northwestern Mutual Life Ins Co (Annuity) | A | Dividend | L | T | | | | | |
| 15. -Franklin Tmpltn Intl Eq | | | | | | | | | |
| 16. -Balanced | | | | | | | | | |
| 17. -Index 500 Stock | | | | | | | | | |
| 18. -Aggressive Growth Stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Treasury Notes | C | Interest | L | T | | | | | |
| 20. Series EE Savings Bond Purchased 1992 | A | Interest | K | T | | | | | |
| 21. Series EE Savings Bonds Purchased 1993 | A | Interest | K | T | | | | | |
| 22. Series EE Savings Bonds Purchased 1994 | A | Interest | K | T | | | | | |
| 23. Vanguard - IRA #2 | B | Dividend | M | T | | | | | |
| 24. -Vanguard 500 Index Fund | | | | | Buy | 03/21 | J | | |
| 25. Vanguard - IRA #3 | B | Dividend | L | T | | | | | |
| 26. -Vanguard 500 Index Fund | | | | | | | | | |
| 27. Vanguard Brokerage Account #1 | | | | | | | | | |
| 28. -Vanguard 500 Index Fund | C | Dividend | M | T | | | | | |
| Vanguard Brokerage Account #2 | | | | | | | | | |
| 30. -Vanguard Health Care Fund | A | Dividend | L | T | | | | | |
| -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| -Vanguard Total Stock Mkt Idx | A | Dividend | L | T | | | | | |
| 33. Conseco, Inc. Common Stock (See Footnote #1) | | None | | | Bankrupt | 09/10 | J | | |
| 34. Starbucks Corp. Common Stock | | None | J | T | | | | | |
| PBHG Fund, Inc. (Mutual Fund) | | None | J | T | | | | | |
| 36. Freeport McMoran Copper & Gold (Common)(See Footnote #2) | A | Dividend | | | Redemtion | 08/01 | J | A | |

---

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. CSX (Common Stock) | A | Dividend | J | T | | | | | |
| 38. National Bank of Indpls. Accounts | C | Interest | M | T | | | | | |
| 39. Prudent Bear Fund No Load | B | Dividend | K | T | | | | | |
| 40. Merrill Lynch Account #1 | | | | | | | | | |
| 41. -Nuveen Div Adv Muni Fund | A | Dividend | J | T | | | | | |
| 42. -JP Morgan Chase 11-28-2016 Sub Medium Term NTS | B | Interest | K | T | | | | | |
| 43. -Zionsville In Cmnty Schs 0% Bonds | | None | K | T | | | | | |
| 44. Merrill Lynch Account #2 | | | | | | | | | |
| 45. -AES Corp | | None | J | T | | | | | |
| 46. -Nuveen Dividend Adv Muni Fund 2 | A | Dividend | J | T | | | | | |
| 47. -JP Morgan Chase 11-28-2016 Sub Medium Term NTS | B | Interest | K | T | | | | | |
| 48. -Ind. Fina. Auth. NCAA Bonds | A | Interest | J | T | | | | | |
| 49. -Zionsville In Cmnty Schs 0% Bonds | | None | L | T | | | | | |
| 50. Northwestern Mutual Whole Life Ins | C | Dividends | L | T | | | | | |
| 51. National Bank of Indianapolis - IRA (CD) | A | Interest | J | T | Opened Acct | 03/19 | J | | |
| 52. National Bank of Indianapolis - CD matures 3/16/04 | B | Interest | M | T | Opened Acct | 03/17 | L | | |
| 53. National Bank of Indianapolis - CD matures 9/17/04 | B | Interest | M | T | Opened Acct | 03/17 | L | | |
| 54. National Bank of Indianapolis - CD matures 3/17/05 | B | Interest | M | T | Opened Acct | 03/17 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tinder, John D | 05/07/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Footnote #1 (Sec VII, Item 33) Conseco Inc. went through bankruptcy in 2003 which resulted in all of the existing shares of common stock becoming worthless and void upon the issuance of new shares of stock to the secured creditors. Consequently, we no longer have shares of common stock in this corporation and this will not be reported as an asset on future declarations.

Footnote #2 (Sec VII, Item 36) Because of redemption of all of these shares, this item will not be reported on future disclosure reports.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Tinder, John D | Date of Report<br><br>05/07/04 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___ 5/7/2004 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544